# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adrian Contreras,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Genaros Framing LLC, *et al.*,<br><br>　　　　　Defendants. | No. CV-23-00179-PHX-JJT<br><br>**ORDER** |

Upon review of the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 14), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 14). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 23rd day of March, 2023.

　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　United States District Judge